Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone:  (310) 546-7400
Facsimile:  (310) 546-7401

*Attorneys for Plaintiff*
*Luxottica Group, S.p.A.*

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

LUXOTTICA GROUP, S.p.A., an Italian Corporation,

                 Plaintiff,

       v.

LIQUIDITY SERVICES, INC., a Delaware Corporation; and DOES 1-10, inclusive,

              Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 2:15-CV-00581-R-AJW

**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE**

**Hon. Manuel L. Real**

    IT IS HEREBY ORDERED that this entire action, and all of the claims asserted therein, be dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a).  Each party shall bear their own attorneys' fees and costs associated with this action.

DATED:    June 29, 2015

By:  _____
          Hon. Manuel L. Real
         **United States District Judge**